**MEMORANDUM ENDORSEMENT**

<u>Bartone et al. v. Belmonte et al.</u>, 7:18-CV-09853 (NSR)

The Court is in receipt of Plaintiffs' Motion to Enforce Judgment, (ECF No. 53), filed without leave of Court, and Plaintiffs' letter dated December 12, 2019, attached, seeking a return date for their motion, (ECF No. 57).

Plaintiffs' Motion to Enforce Judgment is <u>denied</u> without prejudice for failure to follow the Court's Individual Practices.  *See* Sec. 3.A.ii.

The Court deems Plaintiffs' December 12, 2019, letter a pre-motion letter as described in the Court's Individual Practices, waives the pre-motion conference requirement, and grants Plaintiffs leave to file their motion to enforce judgment in accordance with the following briefing schedule: (1) Plaintiffs' moving papers shall be served not filed October 2, 2020; (2) Defendants' opposition papers shall be served not filed October 30, 2020; and (3) Plaintiffs' reply papers shall be served November 13, 2020.  **Plaintiffs are directed to file all motion documents, including Defendants' opposition, on the reply date, November 13, 2020.**

The parties shall provide two (2) copies of their respective motion documents to Chambers on the date the documents are served upon their adversary.

Plaintiffs are directed to serve a copy of this Memorandum Endorsement on Defendants and show proof of service on the docket.

The Clerk of the Court is directed to terminate the motion at ECF No. 53.

Dated:  August 24, 2020
White Plains, NY

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2020

**Paykin Krieg & Adams, LLP**
2500 Westchester Avenue, Suite 107
Purchase, New York, 10577
Tel: (212) 725-4423
www.pka-law.com



December 12, 2019

<u>Via ECF</u>
Honorable Nelson S. Román
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      RE:    <u>Bartone et al. v. Belmonte et al.</u>
             Case No.: 18-CV-9853(NSR)

Dear Judge Román:

      Please be advised that this office represents the plaintiffs, Erik Bartone and Bart Financial, LLC ("Judgment Creditors"), in the above referenced matter.

      On October 30, 2019, this office filed a motion for a turnover order seeking a directive to the Internal Revenue Service that any monies due to judgment debtor Brandon Belmonte from his actions as a Whistleblower be turned over to the Judgment Creditors in partial satisfaction of their judgment (Docket No. 53). As of the date of this correspondence, a return date for the motion has not been scheduled. Accordingly, we respectfully request that this Court set a return date for the motion.

      Thank you for your time and attention to this matter.

                                                        Very truly yours,

                                                        Charles D. Krieg